UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-886 (DSD/DLM)

Asante Jahi Simmons,

    Plaintiff,

v.                                          **ORDER**

Alexander Vladimir Brown, and
City of Minneapolis,

    Defendants.

Based on the Stipulation for Dismissal (Doc. No. 18) by Plaintiff and Defendant City of Minneapolis, IT IS ORDERED that all claims in Plaintiff's Complaint against Defendant City of Minneapolis, including Counts 4 and 5 in their entirety, any claims against Alexander Vladimir Brown in his official capacity only, and any other claims asserted against the City of Minneapolis under a theory of direct or vicarious liability, are DISMISSED WITH PREJUDICE without costs, disbursements or fees to any party.

Dated: September 19, 2024      s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court