UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Asante Jahi Simmons | Case No: 24-CV-886 (DSD/DLM) |
| Plaintiff, | |
| v. | |
| Alexander Vladimir Brown, | **MOTION TO STAY PROCEEDINGS** |
| Defendant. | |

**TO:   PLAINTIFF**

## MOTION

Defendant Alexander Vladimir Brown hereby moves the United States District Court, District of Minnesota for an Order to Stay Proceedings. Said Motion is based upon the attached Memorandum of Law and all of the files, records, and proceedings herein.

Respectfully submitted,

                                        **KELLY & LEMMONS, P.A.**

Dated: July 25, 2025                /s/ Joseph A. Kelly
                                        Joseph A. Kelly (#389356)
                                        jkelly@kellyandlemmons.com
                                        Rebecca L. Duren (#0393624)
                                        rduren@kellyandlemmons.com
                                        2350 Wycliff Street, #200
                                        St. Paul, MN 55114
                                        (651) 224-3781
                                        F: (651) 223-8019

                                        *Attorneys for Police Officers' Federation of Minneapolis*